56 A.3d 393

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TERRY CORNELIUS JONES, DEFENDANT–PETITIONER.

October 25, 2012.

It is ORDERED that the petition for certification is granted, limited to the issue whether defendant was entitled to an evidentiary hearing on his petition for post-conviction relief.